393 A.2d 1273

Burke, Appellant, v. Schuerle.

Argued April 17, 1978.  Willard R. Crout, for appellant;  Bernard Markovitz, for appellee.

Order affirmed.

HESTER, J., did not participate in the consideration or decision of this case.

393 A.2d 1273

Burson et al. v. Bowen (et al., Appellant).

Argued April 13, 1978.  Samuel C. Holland, with him Panner, Holland & Autenreith, for appellant;  William K. Herrington and Robert A. Cohen, with them Rothman, Gordon, Foreman & Groudine, for appellees.

Order affirmed.